UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| DELTA MECHANICAL CONTRACTORS, LLC. | : | |
| | : | |
| v. | : | C.A. No. 07-304-ML |
| | : | |
| VENMAR CES, INC. | : | |

**STIPULATION**

The time within which defendant, Venmar Ces, Inc. may file its answer and/or responsive pleading to plaintiff's complaint is extended to and including October 26, 2007.

DELTA MECHANICAL CONTRACTORS, LLC

By its Attorneys,

/s/ William E. O'Gara
William E. O'Gara (#4257)
Pannone Lopes & Devereaux LLC
317 Iron Horse Way, Suite 301
Providence, RI 02908
Tel. (401) 824-5100
Fax. (401) 824-5123

VENMAR CES, INC.

By its Attorneys,

/s/ William R. Grimm
William R. Grimm (#1938)
Hinckley, Allen & Snyder LLP
50 Kennedy Plaze, Suite 1500
Providence, RI 02903
Tel. (401) 274-2000
Fax. (401) 277-9600

Dated: September 27, 2007