UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| DELTA MECHANICAL CONTRACTORS, LLC. | : | |
| | : | |
| v. | : | C.A. No. 07-304-ML |
| | : | |
| VENMAR CES, INC. | : | |

**DISMISSAL STIPULATION**

By agreement of the parties, plaintiff's complaint is dismissed with prejudice, no interest, no costs and no attorney's fees.

DELTA MECHANICAL CONTRACTORS, LLC

By its Attorneys,

William E. O'Gara (#4257)
Pannone Lopes & Devereaux LLC
317 Iron Horse Way, Suite 301
Providence, RI 02908
Tel. (401) 824-5100
Fax. (401) 824-5123

VENMAR CES, INC.

By its Attorneys,

William R. Grimm (#1938)
Hinckley, Allen & Snyder LLP
50 Kennedy Plaze, Suite 1500
Providence, RI 02903
Tel. (401) 274-2000
Fax. (401) 277-9600

Dated: October 31, 2007

ENTERED AS AN ORDER of this Court this _____ day of October, 2007.

ENTER: PER ORDER:

_______________________ _______________________

#831737